OPINION — AG — **** DEPUTY COURT CLERK — LAW LIBRARIAN **** A FULL TIME DEPUTY COURT CLERK MAY NOT SERVE SIMULTANEOUSLY AS THE LIBRARIAN OF A COUNTY LAW LIBRARY AND RECEIVE PAYMENT THEREFOR FROM THE LAW LIBRARY FUND, BUT THERE WOULD BE NO PROHIBITION AGAINST SUCH PERSON SERVING AS LIBRARIAN AT TIME OTHER THAN DURING THE USUAL BUSINESS HOURS OF THE COURT CLERK'S OFFICE AND BEING COMPENSATED THEREFOR OUT OF THE LAW LIBRARY FUND. CITE: 20 O.S. 1969 Supp., 1221 [20-1221], ARTICLE II, SECTION 11, 51 O.S. 1961 6 [51-6], 19 O.S. 1961 180.65 [19-180.65] (NORMAN CANNON) ** SEE: OPINION NO. 87-120 (1988) ** SEE OPINION NO. 92-560 (1992) ** SEE: OPINION NO. 74-118 (1974) ** ** SEE: OPINION NO. 74-130 (1974) **